Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC      )
       Plaintiff,    vs.    )
    )  Case No.: 2:10-CV-03094-WDK-FMO
IL BOON KIM,  et al,    )
    )  **RENEWAL OF JUDGMENT**
    )  **BY CLERK**
       Defendant,    )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc., and against Defendant, Il Boon Kim, individually and d/b/a My Friends Oyster Bar; D&S Restaurant Corp., an unknown business entity d/b/a My Friends Oyster Bar, entered on March 3, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 3,720.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | **$** | **3,720.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **3,720.00** |
| f. | Interest after judgment(.27%) | $ | 99.97 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | **$** | **3,819.97** |

Dated: February 12, 2021    CLERK, by _Sharon Hall Brown_ (signature)
    Deputy

Kiry A. Gray,
Clerk of U.S. District Court